**DISMISS and Opinion Filed October 3, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00264-CV**

**BRIAN WILLIAMS, Appellant**
**V.**
**MCKINNEY OLIVE LP, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-23-11525**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Goldstein, and Miskel
Opinion by Justice Goldstein

Before the Court is appellant's September 30, 2024 motion to dismiss the appeal because the parties have settled their dispute. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).

/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE

240264F.P05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

BRIAN WILLIAMS, Appellant

No. 05-24-00264-CV      V.

MCKINNEY OLIVE LP, Appellee

On Appeal from the 14th Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-23-11525. Opinion delivered by Justice Goldstein. Justices Partida-Kipness and Miskel participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee MCKINNEY OLIVE LP recover its costs of this appeal from appellant BRIAN WILLIAMS.

Judgment entered October 3, 2024.